

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:      541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. _____ |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | 21 U.S.C. § 860(a) |
| THOMAS WILLIAMS, and   (01) | ) | and 18 U.S.C. § 2 |
| LILIA FOUMAI,           (02) | ) | |
| Defendants | ) | |

CR00-00200  HG

### INDICTMENT

#### COUNT 1

The Grand Jury charges that:

On or about May 2, 2000, within the District of Hawaii, THOMAS WILLIAMS, did knowingly and intentionally possess with intent to distribute and distribute approximately 0.107 grams of cocaine base, a Schedule II controlled substance, in and on, and within one thousand (1,000) feet of the real property comprising a playground.

In violation of Title 21, United States Code, Section 860(a).

## COUNT 2

The Grand Jury further charges that:

On or about May 2, 2000, within the District of Hawaii, THOMAS WILLIAMS, did knowingly and intentionally possess with intent to distribute and distribute approximately 0.166 grams of cocaine base, a Schedule II controlled substance, in and on, and within one thousand (1,000) feet of the real property comprising a playground.

In violation of Title 21, United States Code, Section 860(a).

## COUNT 3

The Grand Jury further charges that:

On or about May 2, 2000, within the District of Hawaii, THOMAS WILLIAMS and LILIA FOUMAI, did knowingly and intentionally possess with intent to distribute and distribute approximately 0.180 grams of cocaine base, a Schedule II controlled substance, in and on, and within one thousand (1,000) feet of the real property comprising a playground.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

In violation of Title 21, United States Code, Section 860(a) and Title 18, United States Code, Section 2.

DATED: _10 May_____, 2000 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

United States v. Thomas Williams and Lilia Foumai
"Indictment"

3